R# 22530
$1 300

FILED
JACKSONVILLE
FLORIDA

2016 OCT 31 A 9:34

BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __MIDDLE__ District of __FLORIDA__ (State) |
| Case number (If known): _____ Chapter ____ |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  ALL PEOPLE INTERNATIONAL CHURCH, INC.

**2. All other names debtor used in the last 8 years**
ALL PEOPLE CHURCH DAYCARE
ALL PEOPLE CHURCH OF GOD IN CHRIST, INC.

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  59-2492709

**4. Debtor's address**

Principal place of business
1993 EDGEWOOD AVE WEST
Number   Street

JACKSONVILLE, FL 32208
City         State   ZIP Code

DUVAL
County

Mailing address, if different from principal place of business
Number   Street

P.O. Box

City         State   ZIP Code

Location of principal assets, if different from principal place of business
Number   Street

City         State   ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  _ALL PEOPLE INTERNATIONAL CHURCH, INC,_
Name

Case number (if known) _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ A plan is being filed with this petition.

   ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
        District _____ When _____ Case number _____
                                  MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                  MM / DD / YYYY
        Case number, if known _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 2

Debtor _ALL PEOPLE INTERNATIONAL CHURCH, INC._   Case number (if known) _____
      Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other _IT IS IN FORECLOSURE_

Where is the property? _____
    Number    Street

_____
City    State  ZIP Code

Is the property insured?

☒ No

☒ Yes. Insurance agency _GENE COLEMAN INS AGENCY STATE FARM_

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor _ALL PEOPLE INTERNATIONAL CHURCH, INC_   Case number (if known) _____
      Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/31/2016_
           MM / DD / YYYY

X _[signature]_                                    _MARK KELLAM SR_
Signature of authorized representative of debtor    Printed name

Title _FINANCIAL OFFICER_

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name _____
Firm name _____
Number  Street _____
City _____  State ___  ZIP Code ___
Contact phone _____  Email address _____
Bar number _____  State ___

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
P E T I T I O N   W O R K S H E E T

```
CASE NUMBER...: 16-03994-3G1
DEBTOR........: ALL PEOPLE INTERNATIONAL CHURCH, INC.
JOINT.........:
FILED.........: 10/31/2016        CASE TYPE: I   COUNTY: 12031

INDIVIDUAL....:____      PARTNERSHIP...:____      CORPORATION...:____
```

341 MEETING DATE AND TIME: _____   AT _____

341 MEETING LOCATION:

MATRIX      _no_      INST. APP. _____   20 LRG UNSEC. MATRIX (CH 11) _____

MATRIX ON DISK _____   SOAR _____

PRO SE      _____                        20 LRG UNSEC. LIST (CH 11) _____

DISC. OF COMP. _____

___no___ EXHIBIT "A" (REQUIRED IF DEBTOR IS A CH 11 CORPORATION)

___/___ SUMMARY OF SCHEDULES

___/___ SCHEDULES A- J (INDICATE UNDER COMMENTS IF ANY ARE MISSING)

___/___ DECLARATION UNDER PERJURY

___/___ STATEMENT OF FINANCIAL AFFAIRS

___/___ CH 7 STATEMENT OF INTENTIONS

___/___ CHAPTER 13 PLAN

COMMENTS: _Ch11; no preparer; no atty_

CLAIMS BAR DATE:   / /   / COMPLAINT DATE:   / /
Fee information:

Total ->   $1,300.00